**Keith R. HARDIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 57846.**

Missouri Court of Appeals,
Western District.

Nov. 28, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and NEWTON, JJ.

### ORDER

PER CURIAM.

Keith R. Hardin appeals from the denial of his Rule 29.15 motion for postconviction relief following an evidentiary hearing. Hardin was found guilty after a jury trial of one count each of forcible sodomy, § 566.060, RSMo 1994 [1], and armed criminal action, § 571 .015. Because this court

1. All statutory references are to the 1994 Revised Statutes of Missouri unless otherwise indicated.

finds that (1) trial counsel was unaware of potential defense witness Larry Pouncil (Pouncil), and (2) Pouncil's presumed testimony would have been inadmissible under the rape shield statute, the order of the trial court is affirmed. Rule 84.16(b).